Venus G. Booth (029624)
WEISBERG & MEYERS, LLC
5025 North Central Ave., #602
Phoenix, AZ 85012
888-595-9111 ext 233
866 565 1327 facsimile
Vbooth@attorneysforconsumers.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Gayle Wells, ) | Case No. 3:12-cv-08173-MEA |
| ) | |
| Plaintiff, ) | **NOTICE OF SETTLEMENT** |
| ) | |
| vs. ) | |
| ) | |
| Portfolio Recovery Associates, LLC, ) | |
| ) | |
| ) | |
| Defendant. ) | |

**NOTICE IS HEREBY GIVEN** that all claims pending have been resolved to the

parties' satisfaction.

Plaintiff hereby respectfully requests that this Court allow sixty (60) days within

which to complete the settlement, during which time Plaintiff requests the Court to retain

jurisdiction over this matter until fully resolved.

Should Plaintiff not move to reinstate the case or seek other Court intervention in

the next sixty (60) days, Plaintiff requests the Court dismiss this case with prejudice at

that time.

Dated this 10th day of April, 2013.

By: s/ Venus G. Booth
Venus G. Booth (029624)

WEISBERG & MEYERS, LLC
5025 North Central Ave., #602
Phoenix, AZ 85012
888-595-9111 ext 233
866 565 1327 facsimile
Vbooth@attorneysforconsumers.com
Attorneys for Plaintiff

Filed electronically on this 10th day of April, 2013, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system on this 10th day of April, 2013 to:

Victoria L. Orze
Dickinson Wright PLLC
2901 N Central Avenue
Suite 200
Phoenix AZ 85012


By: s/ Lydia Bultemeyer
     Lydia Bultemeyer