Venus G. Booth (029624)
WEISBERG & MEYERS, LLC
5025 North Central Ave., #602
Phoenix, AZ 85012
888-595-9111 ext 233
866 565 1327 facsimile
Vbooth@attorneysforconsumers.com
Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Gayle Wells, | Case No. 3:12-cv-08173-MEA |
| Plaintiff, | **STIPULATION TO DISMISS WITH PREJUDICE** |
| vs. | |
| Portfolio Recovery Associates, LLC, | |
| Defendant. | |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties to the above captioned action, through their respective attorneys, hereby stipulate and agree that the aforesaid action be dismissed without fees or costs to either party, all fees and costs having been paid and all matters in controversy for which said action was brought having been fully settled, compromised and adjourned.

Dated this 20th day of May, 2013.

For Plaintiff,

  s/ Venus G. Booth

Weisberg & Meyers, LLC

For Defendant,

  s/ Victoria L. Orze

Dickinson Wright/Mariscal Weeks

Filed electronically on this 20th day of May, 2013, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system on this 20th day of May, 2013 to:

Victoria L. Orze
Dickinson Wright/Mariscal Weeks
2901 N Central Avenue
Suite 200
Phoenix AZ 85012


By: s/ Lydia Bultemeyer
        Lydia Bultemeyer