IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Gayle Wells, | ) |
| Plaintiff, | ) CV 12-08173 PCT MEA |
| v. | ) ORDER |
| Portfolio Recovery Associates LLC, | ) |
| Defendant. | ) |

All of the parties to this matter have consented to the exercise of magistrate judge jurisdiction over the matter, including the entry of final judgment.

Pursuant to the notice of settlement at doc. 28, and the stipulations of the parties at Doc. 29 and Doc. 30, noting that the parties have averred that fees and costs have been paid,

**IT IS ORDERED that** this matter is hereby **dismissed with prejudice**.

DATED this 21st day of May, 2013.

_____
Mark E. Aspey
United States Magistrate Judge